UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARKER'S PHARMACY AND
DANIEL PHARMACY

VERSUS

PRIME THERAPEUTICS

CIVIL ACTION

NO. 14-591-SDD-RLB

### RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 20, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] is GRANTED and this action is remanded to the 18th Judicial District Court, Iberville Parish, State of Louisiana.

Baton Rouge, Louisiana the 27 day of April, 2015.

*Shelly Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 18.
[3] Rec. Doc. 10.